### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | **Case No. 03-49437** |
| All Around Amusement, Inc., ) | Chapter 11 |
| ) | Judge Susan P. Sonderby |
| Debtor/Debtor-in-Possession. ) | |
| ) | |
| All Around Amusement, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Adversary No. 04 A 04012** |
| ) | |
| Majestic Manufacturing, Inc., ) | |
| ) | |
| Defendant. ) | |

### ORDER

This cause is before the Court on the motion of All Around Amusement, Inc., to Approve Settlement of its adversary action against Majestic Manufacturing, Inc. The required 20 day notice was given to all parties by mailing the Motion and Notice on January 31, 2006, to all parties entitled to notice. Special Counsel for All Around have fully advised the Court in the premises. The Court finds that no objections have been made to this Settlement Agreement.

IT IS HEREBY ORDERED that:

1. All Around's Motion to Approve Settlement is granted.

2. The Settlement Agreement between All Around and Majestic is approved.

3. Pursuant to terms of the Settlement Agreement, the Adversary proceeding, No. 04 A 04012, is dismissed.

4. This Court shall retain jurisdiction to enforce terms of the settlement agreement, except for warranty issues, and for any requests of Special Counsel for approval of attorneys' fees and expenses.

5. Notice was adequate

2 2 FEB 2006

Enter

[signature]